IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**REBECCA LARA, individually and as Personal Representative of the Estate of Gisele Lara,**

    **Plaintiff,**

vs.                                            **CIVIL ACTION 1:25-cv-04560-JPB**

**BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et. al,**

    **Defendants.**

## STIPULATION TO AND WAIVER OF SERVICE

COME NOW the Board of Regents of the University System of Georgia (the "Board") and Laura Bennett ("Bennett"), named as defendants in the above-captioned matter, and file this waiver of and stipulation to service upon them of the complaint filed by Plaintiff Rebecca Lara ("Lara"), individually and as Personal Representative of the Estate of Gisele Lara. With the exception of the sufficiency of service of process, Defendants reserve the right to raise any and all defenses available to them under Rule 12 of the Federal Rules of Civil Procedure.

This 12th day of September, 2025.

                                              Respectfully submitted,

                                              Christopher M. Carr     112505
                                              Attorney General

                                          Loretta L. Pinkston-Pope     580385
                                          Deputy Attorney General

                                          Roger Chalmers              118720
                                          Senior Assistant Attorney General

                                          <u>/s/ *H. Thomas Shaw*</u>
                                          Raleigh W. Rollins          613860
                                          H. Thomas Shaw            596133
                                          Special Assistant Attorney General

**ALEXANDER & VANN, LLP**
411 Gordon Avenue
Thomasville, GA 31792
Telephone: (229) 226-2565
Facsimile: (229) 228-0444
rrollins@alexandervann.com
tshaw@alexandervann.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/H. Thomas Shaw*
H. Thomas Shaw
