UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

REBECCA LARA, individually and as personal representative of the Estate of Gisele Lara,

      Plaintiff,

  v.

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,

      Defendants.

CIVIL ACTION NO.:
1:25-CV-04560-JPB

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 17], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

1. As an initial matter, the Court observes that mediation could be successful here given the parties' indication in their Joint Preliminary Report that there is some possibility of settlement. In the event that the parties are not aware, the Court offers the services of its Magistrate

Judges to mediate cases at no cost.  Should the parties desire to mediate, the parties shall simply file a notice to that effect.

2.  This case is assigned to a six-month discovery track.[1]  Discovery commences thirty days after the appearance of Defendant by answer to the complaint.[2]  The Court expects the parties to complete both fact and expert discovery during this time period.

3.  Dispositive motions shall be filed no later than thirty days after the close of discovery.

**SO ORDERED** this 24th day of December, 2025.

_____
**J. P. BOULEE**
United States District Judge

---

[1] The Court recognizes that the parties requested a nine-month discovery period.  After review, the Court believes that discovery can be completed in six months.

[2] If the parties would like discovery to open earlier, they can file a motion requesting that relief.